STATE of Missouri, Respondent,

v.

Darrel BLAIR, Movant-Appellant.

No. WD 35687.

Missouri Court of Appeals,
Western District,
Division Nine.

April 2, 1985.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied May 28, 1985.

Application to Transfer Denied June 25, 1985.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Thomas Carter II, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., Presiding, and SOMERVILLE and MANFORD, JJ.

ORDER

PER CURIAM:

This is an appeal from a judgment denying post-conviction relief pursuant to Rule 27.26.

The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Michael Leroy WILLIAMS, Appellant.

No. WD 35964.

Missouri Court of Appeals,
Western District,
Division One.

April 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 28, 1985.

Application to Transfer Denied June 25, 1985.

Carla Wood Tanzey of Brett and Erdel, P.C., Mexico, for appellant.

John Ashcroft, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SOMERVILLE and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for forgery, in violation of § 570.090, RSMo 1978.

Judgment affirmed. Rule 30.25(b).